UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| STEPHEN NEAL HALE<br>And SASHA MARIE HALE, | CASE NO. 25-40779-PWB |
| Debtors. | CHAPTER 13 |
| FAMILY SAVINGS CREDIT UNION, | JUDGE BONAPFEL |
| Movant. | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, the undersigned counsel for Family Savings Credit Union, and requests that same be served with all notices, etc in this case.

This the __2ND__ day of __JUNE__, 2025.

Respectfully submitted,

/s/ _____
KIMBERLY E. HALL
Attorney at Law
Georgia Bar No. 319115

P. O. Box 2538
Calhoun, GA 30703
(404) 317-4512
khall104@aol.com

CASE NO. 25-40779-PWB
CHAPTER 13
JUDGE BONAPFEL

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties with a copy of the attached and foregoing Entry of Appearance:

>Stephen Neal Hale
>Debtor
>PO Box 4006
>Cartersville, GA 30120

>Sasha Marie Hale
>Joint Debtor
>PO Box 4006
>Cartersville, GA 30120

>Brian R. Cahn
>Attorney for Debtor
>Brian R. Cahn and Associates, LLC
>P. O. Box 3696
>Cartersville, GA 30120

>K. Edward Safir
>Standing Chapter 13 Trustee
>Suite 1600
>285 Peachtree Center Ave. NE
>Atlanta, GA 30303

This the __2ND__ day of __JUNE__, 2025.

>Respectfully submitted,
>
>/s/_____
>KIMBERLY E. HALL
>Attorney for Movant
>Georgia Bar No. 319115

P. O. Box 2538
Calhoun, GA 30703
(404) 317-4512
khall104@aol.com