UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:  Bankr. Case No. 25-40779-PWB-13

Stephen Neal Hale and Sasha Marie Hale  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:                                                                                      Bankr. Case No. 25-40779-PWB-13

Stephen Neal Hale and Sasha Marie Hale                                                      Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on June 24, 2025 :

| | |
|---|---|
| Brian R. Cahn<br>P. O. Box 3696<br>Cartersville, GA 30120 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx28144 / 1113878