UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

STEPHEN NEAL HALE
And SASHA MARIE HALE,    CASE NO. 25-40779-PWB

   Debtors.    CHAPTER 13

FAMILY SAVINGS CREDIT UNION,    JUDGE BONAPFEL

   Movant.

Vs.

STEPHEN NEAL HALE
And SASHA MARIE HALE,
Debtors and K. EDWARD SAFIR,
Trustee,

   Respondents.

## NOTICE OF HEARING & WAIVER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

   **PLEASE TAKE NOTICE** that Family Savings Credit Union has filed a Motion for Relief from the Automatic Stay and related papers with the court seeking an order of relief from stay.

   **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Relief from the Automatic Stay at **10:15 A.M. on October 8, 2025,** in **Courtroom 342, U.S. Courthouse, 600 East First Street, Rome, GA 30161,** which must be attended in person, unless the Court orders otherwise.

   Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).
If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address for the Clerk's office is: Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

      If a hearing on the Motion for Relief from the Automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the motion and agrees to a hearing at the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

      This the 17TH day of  SEPTEMBER , 2025.

      /s/
      KIMBERLY E. HALL
      Attorney for Movant
      Georgia Bar No. 319115

P. O. Box 2538
Calhoun, GA 30703
(404) 317-4512
khall104@aol.com

CASE NO 25-40779-PWB
CHAPTER 13
JUDGE BONAPFEL

# CERTIFICATE OF SERVICE

I hereby certify that on the 17TH day of September, 2025, I electronically filed the foregoing Motion for Relief from the Automatic Stay with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.

Stephen Neal Hale
Debtor
PO Box 4006
Cartersville, GA 30120

Sasha Marie Hale
Joint Debtor
PO Box 4006
Cartersville, GA 30120

Brian R. Cahn
Attorney for Debtor
Brian R. Cahn and Associates, LLC
P. O. Box 3696
Cartersville, GA 30120

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

This the 17TH day of _____SEPTEMBER_____, 2025.

Respectfully submitted,

/s/_____
KIMBERLY E. HALL
Attorney for Movant
Georgia Bar No. 319115

P. O. Box 2538
Calhoun, GA 30703
(404) 317-4512
khall104@aol.com